# THE PETROFSKY LAW GROUP, PLLC

<u>Nassau County Office:</u>
129 Birch Hill Road, Locust Valley, New York 11560
O: (516) 231-6626 | C: (516) 828-6940 | F: (516) 706-7628 | Email: benjamin@plgoffice.com

August 8, 2023

**VIA ELECTRONIC FILING**
The Honorable Jesse M. Furman
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: **Erazo v. IGH Restoration LLC, et al**
      **Civil Action No. 1:23-cv-03982 (JMF)**

Dear Judge Furman:

  This firm represents defendants IGH Restoration LLC and Jose Adorno in the above-captioned matter and this letter is jointly filed by the parties.

  The named defendants appeared in this action on August 4, 2023, which was after the Court's May 15, 2023 Order directing an initial pretrial conference to be held on August 29, 2023.

  After defendants' appearance, plaintiff stipulated to an extension of time to answer the complaint to September 4, 2023, which is a date past the Court's scheduled conference.

  Accordingly, the parties respectfully request an adjournment of the Court's scheduled August 29, 2023 conference, to a date that is convenient to the Court and that is after September 4, 2023.

          Respectfully Submitted,

          THE PETROFSKY LAW GROUP, PLLC

          By: Benjamin B. Petrofsky, Esq.

TO: All Parties via ECF

Application GRANTED. The conference previously scheduled for August 29, 2023, is hereby adjourned to September 5, 2023, at 9:00 a.m., and will be held by telephone. The Clerk of Court is directed to terminate ECF No. 14.

SO ORDERED.

August 8, 2023