UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA ERAZO,<br><br>                          Plaintiff,<br><br>          v.<br><br>IGH RESTORATION LLC, et al.,<br><br>                         Defendants. | 23-CV-3982 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

       This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment; provided the pretrial conference scheduled for January 9, 2024, at 9:00 A.M. is rescheduled to **January 9, 2024, at 10:00 A.M.** The conference will be held over Microsoft Teams. The parties shall join by calling (646) 453-4442 and entering the Conference ID: 447 810 653, followed by the pound (#) sign. Nothing herein shall affect the scope of the existing reference to the Mediation Program. Any conference or oral argument before or directed by the Mediation Program will proceed as ordered.

       So Ordered.

Dated: October 12, 2023
       New York, New York

                                                DALE E. HO
                                  United States District Judge