

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      RE:    Erazo v. IGH Restoration, Inc., et al
              23-cv-03982 (DEH)

Dear Judge Ho:

    This firm represents Maria Erazo ("Plaintiff") in the above-mentioned matter. I write this letter jointly with counsel for Defendants to request an adjournment of the September 3, 2024, hearing. Unfortunately, Plaintiff's counsel has a Fairness Hearing in New Jersey Federal Court – Newark at 2:00 p.m. on that same day. The parties respectfully request September 13, 2024, for the next hearing date or any date thereafter that is more suitable to the Court. This is Plaintiff's first request for an adjournment.

    We thank the Court in advance for its attention to this matter.

    Respectfully submitted,

SLATER SLATER SCHULMAN LLP

*John C. Luke, Jr.*
John C. Luke, Jr.

cc: All Counsel of Record (VIA ECF)

---

Application **GRANTED**.

The case management conference scheduled for September 3, 2024 is ADJOURNED to **September 17, 2024**, at 10:00 a.m. ET. The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 675 758 364, followed by the pound sign (#). The parties shall submit a joint status letter by September 10, 2024.

The Clerk of Court is respectfully directed to close ECF No. 46.

SO ORDERED.

*/s/ Dale E. Ho*

Dale E. Ho
United States District Judge
Dated: August 26, 2024
New York, New York

www.sssfirm.com

MANHATTAN   LONG ISLAND   PENNSYLVANIA   NEW JERSEY

445 Broad Hollow Road, Suite 419, Melville, NY 11747 | 631.420.9300