UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA ERAZO,

                              Plaintiff,

              v.

IGH RESTORATION LLC., et al.,

                              Defendants.

23-CV-3982 (DEH)

ORDER

DALE E. HO, United States District Judge:

The parties are directed to file a joint letter informing the Court of their availability for trial in June, July, and August 2026 and the estimated length of trial. The letter shall also state whether the parties request a referral for a settlement conference either before the assigned Magistrate Judge or through the District's court-annexed mediation program.

SO ORDERED.

Dated: October 16, 2025
          New York, New York

DALE E. HO
United States District Judge