UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE ERAZO,

Plaintiff,

v.

IGH RESTORATION LLC., JOSE ADORNO, Individually, and MASAEL CRUZ, Individually,

Defendants.

23-CV-3982 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

Pursuant to the Court's October 17, 2025 Order, ECF No. 60, the parties were required to file a joint letter regarding trial scheduling and future mediation, the contents of which are described therein. To date, the parties have not filed anything. The parties are directed to file a joint letter by **November 10, 2026** informing the court whether settlement has been reached and the case should be voluntarily dismissed or, if not, of mutually agreed-upon dates for a trial and whether the parties request referral for a settlement conference before the assigned Magistrate Judge or through the District's court-annexed mediation program.

SO ORDERED.

Dated: November 4, 2026
New York, New York

DALE E. HO
United States District Judge